Nov. Term,<br>1836.<br><br>PERKINS<br>v.<br>CONLEY.

---

*Saturday,*<br>*December* 24.

---

## PERKINS v. CONLEY and Another.—On appeal.

· DECLARATION in assumpsit by *Thomas Conley* and *George W. Hume*, trading under the firm of *Conley & Hume*, against *John Perkins*. 1st count, That the defendant and one *William S. Bussell*, on, &c., made their promissory note, &c., and thereby jointly and severally promised to pay the said *Conley & Hume* the sum of, &c. By reason whereof the defendant

*Saturday,*<br>*December* 24.

Nov. Term,
1836.

became liable, &c., and being so liable promised to pay, &c. 2d count, That the defendant, on, &c., made his other promissory note, and thereby promised to pay the said *Conley & Hume*, the plaintiffs, the sum of, &c. By reason, &c. Breach, that the defendant had not paid, &c.

Demurrer to the first count: Causes, 1st, No profert; 2d, No averment of non-payment by *Bussell;* 3d, No averment that the note was payable to the plaintiffs by their partnership name. Demurrer to the second count: Causes, the first two above-named.

*Held*, that the counts were sufficient.